**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TROY IVORY,

        Petitioner,             Case No. 21-11048

v.

UNITED STATES OF AMERICA

        Respondent.
_____/

**JUDGMENT**

In accordance with the August 31, 2021 Opinion and Order Denying Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent United States of America and against Petitioner Troy Ivory.

Dated at Detroit, Michigan, this 31st day of August, 2021.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Lisa G. Wagner
                    Lisa Wagner, Deputy Clerk
                    and Case Manager to
                    Judge Robert H. Cleland